■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MEONI, Appellant.—Three judgments of the Supreme Court, Kings County (Lodato, J.), all rendered October 14, 1982, affirmed (see, People v Kazepis, 101 AD2d 816). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.